In the Matter of the Estate of ALEXANDER C. F. VON GONTARD, Deceased.

ELIZABETH L. VON GONTARD, Appellant; THE PEOPLES NATIONAL BANK AND TRUST COMPANY et al., Respondents.

Argued November 26, 1941; decided January 8, 1942.

*Richard Steel* and *Edward Pious* for appellant.

*George W. Van Slyck* and *M. Lawrence Willson* for Theodore H. Thiesing, as executor of Alexander C. F. von Gontard, deceased, respondent.

*Joel Mencher*, as special guardian for Sylvia L. von Gontard, an infant, respondent.

Order affirmed, with one bill of costs payable out of the estate to the executor. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.